0610.113
STEVEN T. GUBNER – SBN: 156593
LESLEY B. DAVIS – SBN: 188731
**EZRA | BRUTZKUS | GUBNER, LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, California  91367
Telephone: 818-827-9000
Facsimile:  818-827-9099
Email: sgubner@ebg-law.com
            ldavis@ebg-law.com

Attorneys for Plaintiff
KAWASKAI MOTORS FINANCE CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – SPRING STREET COURTHOUSE

| | |
|---|---|
| KAWASAKI MOTORS FINANCE CORPORATION, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANNETTE I. ANDERSON aka ANNETTE ANDERSON and RICHARD S. ANDERSON aka RICHARD ANDERSON, each individually and doing business as both CARTHAGE TRACTOR & EQUIPMENT and RAD ENTERPRISES, INC., a Texas corporation,<br><br>　　　　　　Defendants. | CASE NO. CV 06-3985 SVW(SSx)<br><br>**FINAL JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT**<br><br>**[Filed Concurrently Herewith the Stipulation for Entry of Judgment and Declaration of Lesley B. Davis]** |

　　　　The Court, having considered the Stipulation for Entry of Judgment and the Declaration of Lesley B. Davis re Default under Stipulation for Entry of Judgment, and good cause appearing:

　　　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Defendants, ANNETTE I. ANDERSON aka ANNETTE ANDERSON, an

1 | individual, RICHARD S. ANDERSON aka RICHARD ANDERSON, an
2 | individual and doing business as CARTHAGE TRACTOR & EQUIPMENT, and
3 | RAD ENTERPRISES, INC., a Texas corporation (collectively referred herein as
4 | "Defendants"), jointly and severally, shall pay to Plaintiff, KAWASAKI
5 | MOTORS FINANCE CORPORATION, a Delaware corporation ("Plaintiff") the
6 | sum of $47,011.77, plus interest accrued to the date of entry of judgment in the
7 | sum of $190.80  for a total of $47,202.57.

DATED: November 25, 2008

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE